UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14495-CIV-CANNON

**BETTY R. SYLVESTRE**,

    Plaintiff,

v.

**PRO CUSTOM SOLAR, LLC**,

    Defendant.

_____/

**ORDER DENYING MOTION FOR LEAVE
FOR PERMISSION TO ACCESS CM/ECF SYSTEM**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Leave for Permission to Access Case Management and Electronic Case Filing System (the "Motion") [ECF No. 4], filed on December 22, 2021. The Court has considered the Motion and is otherwise fully advised. The Administrative Procedures for the Southern District of Florida provide, in Section 2(C): "Pro se litigants will not be permitted to register as Users at this time and must file their documents in the conventional manner." Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 4] is **DENIED**. Plaintiff may continue to file documents and issue subpoenas through the Clerk's Office in accordance with the Administrative Procedures for the Southern District of Florida. Per the Administrative Procedures, if Plaintiff is interested in receiving notices electronically, she must file the form "Consent by Pro Se Litigants (Non-Prisoner) to Receive Notice of Electronic Filing," which can be found on the Court's website (http://www.flsd.uscourts.gov/forms/consent-pro-se-litigant-non-prisoner-receive-nefs).

CASE NO. 21-14495-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 23rd day of December 2021.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   Betty R. Sylvestre
55 Freedom Drive
Vero Beach, Florida 32966-8772
PRO SE