UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14495-CIV-CANNON

**BETTY R. SYLVESTRE**,

    Plaintiff,

v.

**PRO CUSTOM SOLAR, LLC**,

    Defendant.
_____/

**ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

**THIS CAUSE** came before the Court on *pro se* Plaintiff Betty R. Sylvestre's Motion for Leave to Proceed *in forma pauperis* [ECF No. 3], filed on December 22, 2021. Courts may authorize a party to proceed *in forma pauperis* in any suit so long as the party complies with the prescriptions of 28 U.S.C. § 1915(a)(1). Because Plaintiff has complied with the statutory requirements as evidenced by her lack of assets or net income after monthly expenses, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 3] is **GRANTED** as follows:

1. Plaintiff is permitted to proceed *in forma pauperis*, to the extent that she need not prepay a partial filing fee in this case, or to prepay costs such as for service of process.

2. Plaintiff owes the United States a debt of $402.00, which must be paid to the Clerk of the Court as funds become available.

3. Plaintiff shall make payments of $10.00 per month to the Clerk of the Court on the 1st day of each month starting February 1, 2022, until the debt is paid or the case

concludes, whichever occurs earlier.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of January 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: Betty R. Sylvestre
55 Freedom Drive
Vero Beach, Florida 32966-8772
PRO SE