FILED BY _IMB_ D.C.

JAN 24 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

# RETURN OF SERVICE

| Court | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | | |
|---|---|---|---|
| Plaintiff | BETTY R. SYLVESTRE | Case # | 2:21-CV-14495-AMC |
| Defendant | PRO CUSTOM SOLAR, LLLC., D/B/A MOMENTUM SOLAR | Hearing Date | |
| Person to be Served | PRO CUSTOM SOLAR, LLC., d/b/a/ MOMENTUM SOLAR ENERGY SERVICES, LLC c/o COGENCY GLOBAL INC., REGISTERED AGENT | Came to Hand Date/Time | 1/20/2022    12:17 PM |
| Manner of Service | Corporate | Service Date/Time | 1/20/2022    1:17 PM |
| Documents | SUMMONS;COMPLAINT;EXHIBITS | Service Fee | $140.00 |

On **1/20/2022** at:
115 N CALHOUN ST STE 4, Tallahassee, FL 32301 I served **PRO CUSTOM SOLAR, LLC., d/b/a/ MOMENTUM SOLAR ENERGY SERVICES, LLC c/o COGENCY GLOBAL INC., REGISTERED AGENT** by:

Leaving **1** copy(ies) of this process with **David Shulman**, a person authorized to accept service and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to David Shulman who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 25-35 years of age, 6'2"-6'6" tall and weighing 240-300 lbs**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| James Kady | 065 / 065 / 065 / 065 / 065 / 065 | 01/20/2022 |
|---|---|---|
| | Process Server ID | Date Executed |

Ref REF-9468896



BETTY SYLVESTRE
<totallybetty2010@gmail.com>

Tracking # 0082028636



**US POSTAGE & FEES PAID**
1 LB PRIORITY MAIL RATE
ZONE 2 NO SURCHARGE
ComPlsPrice

062S001691831
10135955
FROM 32966

stamps
endicia
01/21/2022

## PRIORITY MAIL 2-DAY™  0004

C007

BETTY R. SYLVESTRE
55 FREEDOM DRIVE
VERO BEACH FL 32966

SHIP TO:
ALTO LEE ADAMS, SR. U.S. DISTRICT COURTHOUSE
SOUTHERN DISTRICT OF FLORIDA (FORT PIERCE)
101 S US HIGHWAY 1 RM 1016
FORT PIERCE FL 34950-4209

USPS TRACKING #

9405 5116 9900 0573 8479 68




