

FILED BY ___ D.C.
FEB 02 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 2
Receipt Number: FLS200002862
Cashier ID: scarlson
Transaction Date: 02/02/2022
Payer Name: Betty R Sylvestre
---------------------------------
ACCT RECV PAYMENT
 For: Betty R Sylvestre
 Case/Party: D-FLS-2-21-CV-014495-001
 Amount:         $20.00
---------------------------------
CHECK
 Remitter: Betty R. Sylvestre
 Check/Money Order Num: 117
 Amt Tendered:   $20.00
---------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:      $0.00

PPFF of $20.00 paid by Betty R
Sylvestre
2:21-cv-14495-AMC

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```